UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN KEITH, | : | |
| Plaintiff | : | No. 3:14-CV-0107 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, Acting Comissioner of Social Security, | : | |
| Defendant | : | |

FILED
SCRANTON
NOV 20 2014
PER _____
DEPUTY CLERK

**ORDER**

**NOW**, this 20th day of November, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Elson Casiano disability insurance benefits and supplemental security income is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court shall **CLOSE** this case.

_____
United States District Judge